UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TARRA SHORT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00138-MPB-CSW |
| | ) |
| KAISER ALUMINUM WARRICK, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION**

Magistrate Judge Wildeman issued an Order (Docket No. 43) granting Defendant's Motion for Sanctions (Docket No. 39) and recommending that this case be dismissed for failure to prosecute based on the Plaintiff's failure to participate in discovery and respond to Defendant's Motion. Having reviewed the recommendation and the record, and there being no objections, the Court **ADOPTS** the Magistrate Judge's Recommendation (Docket No. 43). This case is **DISMISSED with prejudice** for failure to prosecute. Final judgment shall issue by separate order.

IT IS SO ORDERED.

Dated: January 6, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

TARRA SHORT
901 IN-68
Haubstadt, IN 47639

Served electronically on all ECF-registered counsel of record.