UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TARRA SHORT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00138-MPB-CSW |
| | ) |
| KAISER ALUMINUM WARRICK, LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor Kaiser Aluminum Warrick, LLC, and against Tarra Short.

**IT IS SO ORDERED.**

Dated: January 6, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

TARRA SHORT
901 IN-68
Haubstadt, IN 47639

Served electronically on all ECF-registered counsel of record.